# United States Bankruptcy Court
# Central District Of California

In re:
James Renick

CHAPTER NO.: 11

CASE NO.: 6:10–bk–50123–TD

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Summary of Schedules (Official Form B6). [Court Manual, section 2–1]
☑ Signed Declaration Concerning Debtor's Schedules (Official Form B6). [Court Manual, section 2–1]
☑ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney (Official Form B203). [11 U.S.C. § 329; F.R.B.P. 2016(b); Court Manual, section 2–1]
☑ Debtor's Certification of Employment Income pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)
☑ Statement of Social Security Number(s) (Official Form B21). [Court Manual, section 3–6(b)]
X  Declaration of Electronic Filing

**B.** If you are a Small Business Debtor in a Chapter 11 case, within 7 days after the date of the filing of the petition, you must file the most recent:

1. Balance sheet
2. Statement of operations
3. Cash–flow statement
4. Federal tax return

OR

5. Statement made under penalty of perjury that no balance sheet, statement of operations, or cash–flow statement has been prepared and no Federal tax return has been filed [11 U.S.C.§1116]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2–1(a)(7).

      Chapter 11    Original and 2 Copies. 1 copy marked as "Judge's Copy."

**Please return the original or copy of this form with all required items to the following location:**

      3420 Twelfth Street, Riverside, CA 92501–3819

If you have any questions, please contact the below–referenced Deputy Clerk:

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: <u>December 14, 2010</u>

**By:** <u>Andrea Gonzalez</u>
**Deputy Clerk**

mccdn – Revised 12/2009

**5 – 1 / AGG**