PINES AND ASSOCIATES
Michael T. Pines (SBN 77771)
michaeltpines@gmail.com
732 N. Coast Highway 101, Suite B
Encinitas, California 92024
Telephone: 760-642-0414
Facsimile: 760-301-0093

Attorneys for James Renick

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

In re

James Renick

      Debtor/Movant

Susan A. Villela, Murrieta Police Department, and Riverside County Sheriff's Office

      Respondents

) CASE NUMBER:   6:10-bk-50123
)
) DEBTOR'S MOTION FOR ORDER TO
) SHOW CAUSE FOR CONTEMPT FOR
) VIOLATIONS OF AUTOMATIC STAY

Debtor James Renick ("Debtor" or "Renick") files this emergency motion for an Order to Show Cause for Contempt for Violations of the Automatic Stay under Section 362 of the Bankruptcy Code, 11 USC § 362 to hold Susan A. Villela, Murrieta Police Department, and Riverside County Sheriff's Office in contempt for violation of the automatic stay.

## I. SUMMARY OF THE FACTS

On December 14, 2010, Respondents began to take steps to evict Renick from his residence located at **25856 Marco Polo Street, Murrieta, California 92562.** At the time of the eviction, the Respondents were advised that a bankrtupcy proceeding was being file and an

1 OF 3

DEBTOR'S MOTION FOR ORDER TO SHOW CAUSE FOR
CONTEMPT FOR VIOLATIONS OF AUTOMATIC STAY

1 | automatic stay would immediately go into effect. However, they proceeded with the eviction.

2 | A letter was faxed to the two law enforcement agencies set forth above (Exhibit"A").

3 | As of the filing of this motion, we have received no indication that the Respondents will

4 | or will not support the re-entry of Renick by allowing him to renter his residence at **25856**

5 | **Marco Polo Street, Murrieta, California 92562** nor have they given any indication that they

6 | will take affirmative actions to "undo" the eviction. Hence, at the time of the filing of this

7 | motion, Respondents are in willful violation of the stay imposed by Section 362. These are the

8 | only essential fact needed to decide this matter.

## II. THE LAW

10 | It has long been held that actions taken in violation of the stay are void. *Kalb v.*

11 | *Feurerstein*, 308 U.S. 433 (1940); *In re Posner* 700 F.2d 1243 (9th Cir. 1983). This principal

12 | means any actions taken after bankruptcy filing, including foreclosure sales, repossessions, and

13 | judgments are without effect. *Wash. St. Corp. v Lusardi* 329 F.3d 1076 (9th Cir. 2003).

14 | This rule applies whether or not the violator acted with knowledge of the stay. *In Re*

15 | *Smith*, 876 F.2d 525 (6th Cir. 1989) (post sale or reposed car is void even though bank had no

16 | notice); *Zestee Foods Inc.* v. Phillips Foods Corp. 536 F.2d 334 (10th Cir. 1976).

17 | Courts have the power to undo violations of the stay by injunction, and by ordering other

18 | statutory and equitable remedies.

## III. THE RESPONDENTS HAVE ACTED WILLFULLY

20 | The only proper thing for Respondents to do is to 1) cease all action to enforce any

21 | judgment or writ obtained pursuant to the unlawful detainer action, 2) refrain from further

22 | execution of the writ of possession or judgment for possession, 3) not prevent Renick from re-

23 | entering his residence and 4) take affirmative actions to "undo" the eviction by helping him

24 | regain possession. By not immediately taking the above steps, Respondents are in violation of

25 | the automatic stay. This is clearly improper.

26 | Even when a violation begins innocently, refusal to rectify it after notice of the cases

27 | renders it willful. *In re Carigg*, 216 B.R. 303 (B.A.P. 1st Cir. 1998) (creditor's failure to return

28 |

**2 OF 3**

DEBTOR'S MOTION FOR ORDER TO SHOW CAUSE FOR
CONTEMPT FOR VIOLATIONS OF AUTOMATIC STAY

1  reposed vehicle after notice of case sanctioned as willful violation of stay even though creditor
2  had not had notice when vehicle repossessed); In re Abrams, 127 B.R. 239 (B.A.P. 9th Cir.
3  1991) (retention of reposed vehicle after receiving notice of stay is willful).
4     In this case, Respondents are attempting to continue with their wrongful conduct by
5  failing to take the necessary steps to "undo" the eviction which took place on December 14,
6  2010. The attempt to continue enforcement and prevent Renick's re-entry to his residence is a
7  willful violation of the stay.
8     Similarly, a willful violation occurs when a creditor fails to act affirmatively to prevent
9  an action prohibited by the stay, for example, by failing to prevent the sheriff from selling the
10 debtors property at a post petition sheriff's sale. *In re Galmore*, 390 901 (Bankr. N.D. Ind.
11 2008( (creditor failed to request recall of civil bench warrant after receiving notice of
12 bankruptcy willfully violated stay); *In re Mims*, 209 B.R. 485 746 (Bankr. M.D. Fla. 1997)
13 (creditor had duty to dismiss garnishment proceeding after bankruptcy filed); In re Sams 106
14 B.R. 485 (Bankr. SD Ohio 1989). No malice need be shown. *In re Bloom*, 875 F.2d 224 (9th
15 Cir. 19089); *Fleet Mortgage Group, Inc. v. Kaneb*, 196 F.3d 265 (1st Cir. 19990 (willfulness
16 does not require intent to violate the stay, it requires only that the acts which violate the stay be
17 intentional acts); *In re Keteelsen*, 880 F.2d 990 (8th Cir. 1989).
18    The Respondents have an affirmative duty to cease any further enforcement of the
19 eviction actions. They have failed and refused and must be held in contempt.

## CONCLUSION

21 The court should hold Respondents in contempt.

23 Dated: December 15, 2010           **PINES AND ASSOCIATES**

24                                    /s/ Michael T. Pines

25                                    By:_____
                                       Michael T. Pines
26                                     Attorney for Debtors

27

28                          3 OF 3
DEBTOR'S MOTION FOR ORDER TO SHOW CAUSE FOR
CONTEMPT FOR VIOLATIONS OF AUTOMATIC STAY

# EXHIBIT A

Case 6:10-bk-50123-SC  Doc 7  Filed 12/15/10  Entered 12/15/10 18:06:35  Desc
Main Document  Page 4 of 12

# Pines & Associates
### Attorneys at Law

December 15, 2010

Sergeant Gomez, Badeje # 327
Murrieta Police Department
24701 Jefferson Ave.
Murieta, Ca. 92562
    *Via Facsimile Only:* 951-696-3608

M. Salez, Badge #3966
Riverside County Sheriff's Office
Civil Division – Central
30755-D Auld Rd. Ste. L067
Murrieta, Ca. 92563
    *Via Facsimile Only:* 951-304-5066

    Re:    James Rennick, Savanna Kuhami residence. 25856 Marco Polo St., Murrieta, Ca. 92562
            Court Case # TEC10011066; Levying Officer 2010039439

Dear Law Enforcement:

As I am sure you have heard, many foreclosures and evictions are illegal for such things as "robo-signing" and other illegal acts by the "banks". This is one of those cases. Sadly, law enforcement has been tricked into helping the banks and their attorneys wrongfully evict people.

Yesterday we filed a bankruptcy proceeding for Mr. Rennick as you were advised at the scene. Sent herewith is the bankruptcy Petition. **You violated the "automatic stay" by evicting Mr. Rennick.** We are in the process of filing an "Order to Show Cause" to have you along with the eviction attorney and his client held in contempt in bankruptcy court.

We will also be filing a legal action against the Police Department and the Sheriff's Office for damages.

I have advised Mr. Rennick and Ms. Kuhami to return to the property with a locksmith, change the locks and re-enter the premises as soon as possible. This will undoubtedly cause some type of incident. Your job is to enforce the law and keep the peace. I would encourage you to support Mr. Rennick now that you have actual notice of the bankruptcy.

Bankrtupcy law requires you to take affirmative action to correct your wrongful conduct immediately. We are aware the eviction attorney tricked you into this, but we can't help that. Below is a portion of a legal brief I recently filed in another similar case that sets forth the law. This law applies to you since you were assisting the "creditor" and eviction attorney as their "agents" and acting on their behalf.

> It has long been held that actions taken in violation of the bankruptcy stay are void. *Kalb v. Feurerstein*, 308 U.S. 433 (1940); *In re Posner* 700 F.2d 1243 (9th Cir. 1983). This principal means any actions taken after bankruptcy filing, including foreclosure sales, repossessions, and judgments are without effect. *Wash. St. Corp. v Lusardi* 329 F.3d 1076 (9th Cir. 2003).

> This rule applies whether or not the violator acted with knowledge of the stay. *In Re Smith*, 876 F.2d 525 (6th Cir. 1989) (post sale or reposed car is void even though bank had no notice); *Zestee Foods Inc. v. Phillips Foods Corp.* 536 F.2d 334 (10th Cir. 1976).

732 NORTH COAST HIGHWAY 101, SUITE B • ENCINITAS, CA 92024 • (760)642-0414

# Pines & Associates

Page 2 of 2

Even when a violation begins innocently, refusal to rectify it after notice of the cases renders it willful. *In re Carigg*, 216 B.R. 303 (B.A.P. 1st Cir. 1998) (creditor's failure to return reposed vehicle after notice of case sanctioned as willful violation of stay even though creditor had not had notice when vehicle repossessed); *In re Abrams*, 127 B.R. 239 (B.A.P. 9th Cir. 1991) (retention of reposed vehicle after receiving notice of stay is willful).

Similarly, a willful violation occurs when a creditor fails to act affirmatively to prevent an action prohibited by the stay, for example, by failing to preven the sheriff from selling the debtors property at a postpetition sheriff's sale. *In re Galmore*, 390 901 (Bankr. N.D. Ind. 2008( (creditor failed to request recall of civil bench warrant after receiving notice of bankruptcy willfully violated stay); *In re Mims*, 209 B.R. 485 746 (Bankr. M.D. Fla. 1997) (creditor had duty to dismiss garnishment proceeding after bankruptcy filed); In re Sams 106 B.R. 485 (Bankr. SD Ohio 1989). No malice need be shown. *In re Bloom*, 875 F.2d 224 (9th Cir. 19089); *Fleet Mortgage Group, Inc. v. Kaneb*, 196 F.3d 265 (1st Cir. 19990 (willfulness does not require intent to violate the stay, it requires only that the acts which violate the stay be intentional acts); *In re Keteelsen*, 880 F.2d 990 (8th Cir. 1989).

Sincerely,

PINES AND ASSOCIATES

/s/
Michael T. Pines, Esq.

CM-180

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* <br> Michael T. Pines (S.B.N. # 77771) Pines And Associates <br> 732 North Coast Highway 101, Suite B <br> Encinitas, CA 92024 <br> TELEPHONE NO.: (760) 642 - 0414    FAX NO. *(Optional):* (760) 301-0093 <br> E-MAIL ADDRESS *(Optional):* michael@pinesandassociates.com <br> ATTORNEY FOR *(Name):* James Renick | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Riverside <br> STREET ADDRESS: 41002 COunty Center Drive, # 100 <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: Temecula, CA 92591 <br> BRANCH NAME: Temecula Courthouse | |
| PLAINTIFF/PETITIONER: Susan A. Villela <br><br> DEFENDANT/RESPONDENT: James Renick | |
| **NOTICE OF STAY OF PROCEEDINGS** | CASE NUMBER: <br> TEC 10011066 <br> JUDGE: Michawl S. Hider <br> DEPT.: T1U |

**To the court and to all parties:**

1. Declarant *(name):* Michael T. Pines

   a. [✓] is  [ ] the party  [✓] the attorney for the party who requested or caused the stay.

   b. [ ] is  [ ] the plaintiff or petitioner  [ ] the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:

   a. [✓] With regard to all parties.

   b. [ ] With regard to the following parties *(specify by name and party designation):*

3. Reason for the stay:

   a. [✓] Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)*

   b. [ ] Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*

   c. [ ] Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing arbitration.)*

   d. [ ] Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the client's request for arbitration showing filing and service.)*

   e. [ ] Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 14, 2010

Michael T. Pines                                             ▶ *[signature]*
(TYPE OR PRINT NAME OF DECLARANT)                            (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California
CM-180 [Rev. January 1, 2007]

**NOTICE OF STAY OF PROCEEDINGS**

Page 1 of 1
Cal. Rules of Court, rule 3.650
www.courtinfo.ca.gov

B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Renick, James** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6910** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**25866 Marco Polo Street**<br>**Murrieta, CA**<br>ZIP Code **92563** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Riverside** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)      Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** Renick, James |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X **/s/ Michael T. Pines**    **December 14, 2010**<br>  Signature of Attorney for Debtor(s)    (Date)<br>**Michael T. Pines 77771** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)     Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | **Name of Debtor(s):** <br> **Renick, James** |
|---|---|

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James Renick**
Signature of Debtor **James Renick**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**December 14, 2010**
Date

#### Signature of Attorney*

X **/s/ Michael T. Pines**
Signature of Attorney for Debtor(s)

**Michael T. Pines 77771**
Printed Name of Attorney for Debtor(s)

**Pines and Associates**
Firm Name

**732 N. Coast Highway 101
Suite B
Encinitas, CA 92024**
Address

Email: shuston@pinesandassociates.com
**760-642-0414  Fax: 760-301-0093**
Telephone Number

**December 14, 2010          77771**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

IN RE: James Renick

CHAPTER 7
CASE NO: 6:10-bk-50123-TBD

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
732 N. Coast Highway 101, Ste B, Encinitas, CA 92024

A true and correct copy of the foregoing document described as **DEBTOR'S MOTION FOR ORDER TO SHOW CAUSE FOR CONTEMPT FOR VIOLATIONS OF AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/15/2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**US Trustee**

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On **12/15/2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

XX Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *Fill in Date Document is Filed,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/15/2010 | Bill Musser | /s/ Bill Musser |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE

IN RE: James Renick

CHAPTER 7
CASE NO: 6:10-bk-50123-TBD

# ADDITIONAL SERVICE INFORMATION:

# CATEGORY II

*Debtors:*
James Renick
25856 Marco Polo Street
Murrieta, CA 92563

*Debtors' Attorneys:*
Michael T. Pines, Esq
Pines & Associates
732 N. Coast Highway 101, Ste B
Encinitas, CA 92024

*Respondents:*
Susan A. Villela
26625 Trumble Road
Sun City, CA 92585

Murrieta Police Department
24701 Jefferson Avenue
Murrieta, CA 92562

Riverside County Sheriff's Office
30755-D Auld road., Ste L067
Murrieta, CA 92563

*US Trustee:*
United States Trustee
3685 Main Street, Ste 300
Riverside, CA 92501

*Judge:*
Hon. Thomas B. Donovan
United States Bankruptcy Court-Central Dist. Of CA
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    F 9013-3.1. PROOF.SERVICE