# United States Bankruptcy Court
# Central District Of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

## NOTICE OF DISMISSAL WITH RESTRICTION AGAINST DEBTOR'S RE−FILING

**DEBTOR(S) INFORMATION:**
James Renick
**SSN:** xxx−xx−6910
**EIN:** N/A

25856 Marco Polo Street
Murrieta, CA 92563

**BANKRUPTCY NO.** 6:10−bk−50123−TD
**CHAPTER** 11

You are notified that an order was entered **DISMISSING** the above−captioned case with a prohibition against the refiling of another bankruptcy petition by or against the debtor for 180 days from the date this order is entered.

Any discharge entered in this case is hereby vacated in its entirety.

Dated: January 28, 2011

For The Court,
**Kathleen J. Campbell**
Clerk of Court