GARY HARRE, ESQ. (BAR NO. 86398)
DBA GLOBAL CAPITAL LAW
8700 Warner Ave., Suite 200
Fountain Valley, CA 92708
TELEPHONE: (714) 907-4182
FACSIMILE:   (714) 907-4175
Email: ghcmecf@gmail.com
globalcapitallaw@gmail.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE**

In re ) **CASE NO.** 6:10-BK-50123
)
JAMES RENICK )
) **EMERGENCY EX PARTE APPLICATION
TO VACATE DISMISSAL ORDER AND
REINSTATE CHAPTER 11 CASE AND
CONVERT TO CHAPTER 7 AND
MOTION FOR ORDER SHORTENING
TIME**
)
) **JUDGE:** Scott C. Clarkson

    Debtor JAMES RENICK herein, ("Debtor" or " RENICK"), by and through his newly substituted Counsel, Law Office of Gary Harre, dba Global Capital Law, hereby makes this Emergency Ex-Parte Application and moves this Court to vacate the Order of Dismissal and reinstate his Chapter 11 case, **NO.** 6:10-BK-50123, and convert to a Chapter 7 and for an Order Shortening Time.

This Application and Motion is made and based on the attached Motion, Memorandum of Points and Authorities, including the attached Declarations, together with all papers and documents already on file in this case and any further argument this Court may require.

Dated: 2/4/11

Respectfully submitted,

                               /s/ Gary Harre
                             ATTORNEY GARY HARRE

EMERGENCY EX PARTE APPLICATION TO VACATE DISMISSAL ORDER AND REINSTATE CHAPTER 11 CASE AND CONVERT TO CHAPTER 7 AND MOTION FOR ORDER SHORTENING TIME