| | |
|---|---|
| GLOBAL CAPITAL LAW, PC<br>GARY HARRE, ESQ. (BAR NO. 86398)<br>DIANE BEALL, ATTY. (BAR NO. 86877)<br>BARRY FAGAN, ESQ. (BAR NO. 160104)<br>17612 Beach Blvd., Ste 8<br>Huntington Beach, CA 92647<br>TELEPHONE: (714) 907-4182<br>FACSIMILE:  (714) 907-4175<br>Email: GlobalCapitalLaw@gmail.com | **FILED & ENTERED**<br><br>**FEB 11 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY ochoa     DEPUTY CLERK** |
| | **CHANGES MADE BY COURT** |

Attorney for Debtor, JAMES RENICK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE**

| | |
|---|---|
| In re<br><br>JAMES RENICK,<br><br>                                    Debtor | ) CASE NO.  6:10-BK-50123<br>)<br>)<br>) **ORDER VACATING THE DISMISSAL OF**<br>) **CHAPTER 11 AND ORDER**<br>) **CONVERTING TO CHAPTER 7.** |

The Court, having considered Debtor's Ex Parte Motion to Vacate the Dismissal of Chapter 11 and to convert case to Chapter 7, hereby orders as follows:

The Motion is GRANTED as follows:

1.    The order of dismissal of Chapter 11 Bankruptcy Case No. 6:10-BK-50123 is hereby vacated.

2.    It is further ordered that Bankruptcy Case No. 6:10-bk-50123 is converted to Chapter 7.

IT IS SO ORDERED.

###

_Scott C Clarkson_
_____
United States Bankruptcy Judge

DATED: February 11, 2011

Order to Vacate Dismissal Order and Reinstate.

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **_Proposed Order Vacating The Dismissal Of Chapter 11 And Order Converting To Chapter 7_** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via "NEF" and hyperlink to the judgment or order. As of **_02-10-2011_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Gary L Harre    ghcmecf@gmail.com
- Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
- Michael T Pines    cgonzales@pinesandassociates.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**