# United States Bankruptcy Court
# Central District Of California

3420 Twelfth Street, Riverside, CA 92501–3819

## NOTICE TO CREDITORS

**DEBTOR(S) INFORMATION:**
James Renick
**SSN:** xxx–xx–6910
**EIN:** N/A

25856 Marco Polo Street
Murrieta, CA 92563

**BANKRUPTCY NO.** 6:10–bk–50123–SC
**CHAPTER** 11

Vacating the Dismissal of Chapter 11 Case

Dated: February 11, 2011

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form not rev. 5/96) VAN–99

**27 / EZA**