February 2006                                                                        2006 USBC Central District of California

# United States Bankruptcy Court
## Central District of California

In re   **James Renick**                                                       Case No.   **10-50123-SC**
                                          Debtor(s)                            Chapter    **7**

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, **James Renick**, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

■   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
    (NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.


I, __, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
    (NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.


Date  **February 25, 2011**            Signature  **/s/ James Renick**
                                                  **James Renick**
                                                  Debtor


Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

**SHARP HEALTHCARE**
8695 Spectrum Center Boulevard
San Diego, CA 92123-1489

| | |
|---|---|
| Number | 2675411 |
| Check Date | 02/25/2011 |
| Pay Period | 02/06/2011 |
| Thru | 02/19/2011 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

**Pay to the order of**
JAMES P. RENICK
25856 MARCO POLO STREET
MURRIETA, CA 92563
US

3174.89

**NON-NEGOTIABLE**

| Name | Social Number | Employee Number | Process Level | Department | Base Rate |
|---|---|---|---|---|---|
| JAMES P. RENICK | 6910 | 431308 | 301 | 84852 | 45.328 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 89.75 | 4291.24 | 17986.30 |
| Total Deductions | | 1114.27 | 4839.94 |
| Total Net | | 3174.89 | 13138.23 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| FAML/ILL | .00 | .000 | .00 | 348.57 |
| IMPUT LF | .00 | .000 | 2.08 | 8.13 |
| OVRTIME1 | 9.75 | 67.992 | 662.92 | 3306.76 |
| PTO | 8.00 | 45.328 | 362.62 | 697.79 |
| REGULAR | 72.00 | 45.328 | 3263.62 | 13291.60 |
| RETRO | .00 | .000 | .00 | 333.45 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| SHRPSAV1 | 42.89 | 179.77 |
| SHRPSAV2 | 214.45 | 898.89 |
| AD&D | 1.02 | 4.08 |
| HMO | 9.00 | 36.00 |
| MCARE | 62.08 | 260.22 |
| OASDI | 179.81 | 753.74 |
| FED TAX | 376.07 | 1709.63 |
| SDI TAX | 51.35 | 215.26 |
| ST TAX | 177.60 | 782.35 |

**SHARP HEALTHCARE**
8695 Spectrum Center Boulevard
San Diego, CA 92123-1489

| | |
|---|---|
| Number | 2674467 |
| Check Date | 02/11/2011 |
| Pay Period | 01/23/2011 |
| Thru | 02/05/2011 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of
JAMES P. RENICK
25856 MARCO POLO STREET
MURRIETA, CA 92563
US

3395.38

**NON-NEGOTIABLE**

| Name | Social Number | Employee Number | Process Level | Department | Base Rate |
|---|---|---|---|---|---|
| JAMES P. RENICK | 6910 | 431308 | 301 | 84852 | 45.328 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 90.75 | 4692.68 | 13695.06 |
| Total Deductions | | 1295.22 | 3725.67 |
| Total Net | | 3395.38 | 9963.34 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| FAML/ILL | .00 | .000 | .00 | 348.57 |
| IMPUT LF | .00 | .000 | 2.08 | 6.05 |
| OVRTIME1 | 10.75 | 67.992 | 730.91 | 2643.84 |
| PTO | .00 | .000 | .00 | 335.17 |
| REGULAR | 80.00 | 45.328 | 3626.24 | 10027.98 |
| RETRO | .00 | .000 | 333.45 | 333.45 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| SHRPSAV1 | 46.90 | 136.88 |
| SHRPSAV2 | 234.53 | 684.44 |
| AD&D | 1.02 | 3.06 |
| HMO | 9.00 | 27.00 |
| MCARE | 67.90 | 198.14 |
| OASDI | 196.67 | 573.93 |
| FED TAX | 476.44 | 1333.56 |
| SDI TAX | 56.17 | 163.91 |
| ST TAX | 206.59 | 604.75 |

**SHARP HEALTHCARE**
8695 Spectrum Center Boulevard
San Diego, CA 92123-1489

| | |
|---|---|
| Number | 2673476 |
| Check Date | 01/28/2011 |
| Pay Period | 01/09/2011 |
| Thru | 01/22/2011 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

**Pay to the order of**
JAMES P. RENICK
25856 MARCO POLO STREET
MURRIETA, CA 92563
US

3273.49

**NON-NEGOTIABLE**

| Name | Social Number | Employee Number | Process Level | Department | Base Rate |
|---|---|---|---|---|---|
| JAMES P. RENICK | 6910 | 431308 | 301 | 84852 | 45.328 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 92.44 | 4481.16 | 9002.38 |
| Total Deductions | | 1205.59 | 2430.45 |
| Total Net | | 3273.49 | 6567.96 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| FAML/ILL | 7.69 | 45.328 | 348.57 | 348.57 |
| IMPUT LF | .00 | .000 | 2.08 | 3.97 |
| OVRTIME1 | 12.75 | 67.991 | 866.89 | 1912.93 |
| PTO | .00 | .000 | .00 | 335.17 |
| REGULAR | 72.00 | 45.328 | 3263.62 | 6401.74 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| SHRPSAV1 | 44.79 | 89.98 |
| SHRPSAV2 | 223.95 | 449.91 |
| AD&D | 1.02 | 2.04 |
| HMO | 9.00 | 18.00 |
| MCARE | 64.83 | 130.24 |
| OASDI | 187.79 | 377.26 |
| FED TAX | 423.55 | 857.12 |
| SDI TAX | 53.63 | 107.74 |
| ST TAX | 197.03 | 398.16 |

**SHARP HEALTHCARE**
8695 Spectrum Center Boulevard
San Diego, CA 92123-1489

| | |
|---|---|
| Number | 2672503 |
| Check Date | 01/14/2011 |
| Pay Period | 12/26/2010 |
| Thru | 01/08/2011 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

**Pay to the order of**
JAMES P. RENICK
25856 MARCO POLO STREET
MURRIETA, CA 92563
US

3294.47

**NON-NEGOTIABLE**

| Name | Social Number | Employee Number | Process Level | Department | Base Rate |
|---|---|---|---|---|---|
| JAMES P. RENICK | 6910 | 431308 | 301 | 84852 | 45.328 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 95.69 | 4521.22 | 4521.22 |
| Total Deductions | | 1224.86 | 1224.86 |
| Total Net | | 3294.47 | 3294.47 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| IMPUT LF | .00 | .000 | 1.89 | 1.89 |
| OVRTIME1 | 16.00 | 65.378 | 1046.04 | 1046.04 |
| PTO | 7.69 | 43.585 | 335.17 | 335.17 |
| REGULAR | 72.00 | 43.585 | 3138.12 | 3138.12 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| SHRPSAV1 | 45.19 | 45.19 |
| SHRPSAV2 | 225.96 | 225.96 |
| AD&D | 1.02 | 1.02 |
| HMO | 9.00 | 9.00 |
| MCARE | 65.41 | 65.41 |
| OASDI | 189.47 | 189.47 |
| FED TAX | 433.57 | 433.57 |
| SDI TAX | 54.11 | 54.11 |
| ST TAX | 201.13 | 201.13 |